IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CLIENT-SERVER TECHNOLOGY GROUP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CHAD DEROCHER, <br><br> Defendant. | 8:20-CV-28 <br><br> **MEMORANDUM AND ORDER** |

This matter is before the Court on the Findings and Recommendation of Magistrate Judge Cheryl R. Zwart (Filing 19) recommending denial of Plaintiff's Motion to Remand for lack of subject-matter jurisdiction. Filing 10. No parties objected. In accordance with 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of the record and adopts the findings and recommendation in their entirety. Accordingly,

IT IS ORDERED:

1. Magistrate Judge Zwart's Findings and Recommendation (Filing 19) is adopted in its entirety; and

2. Plaintiff's Motion to Remand (Filing 10) is denied.

Dated this 21st day of April, 2020.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge